IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Patton Sr, Tyrone | Case Number: 06 B 05206 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 10/7/08 | Filed: 5/9/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: August 26, 2008
Confirmed: August 22, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,899.58 |  |
| Secured: |  | 14,198.18 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,774.00 |
| Trustee Fee: |  | 927.40 |
| Other Funds: |  | 0.00 |
| Totals: | 17,899.58 | 17,899.58 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,774.00 | 2,774.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Honda Finance Services | Secured | 19,810.25 | 6,561.92 |
| 4. | Option One Mortgage Corp | Secured | 14,811.96 | 7,636.26 |
| 5. | Nicor Gas | Unsecured | 1,478.69 | 0.00 |
| 6. | CB USA | Unsecured | 764.32 | 0.00 |
| 7. | St James Hospital | Unsecured | 10,828.13 | 0.00 |
| 8. | Honda Finance Services | Unsecured | 0.00 | 0.00 |
| 9. | CAB Services | Unsecured |  | No Claim Filed |
| 10. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 11. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 12. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 13. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 14. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 15. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 16. | Keynote Consuling | Unsecured |  | No Claim Filed |
| 17. | Global Payments | Unsecured |  | No Claim Filed |
| 18. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 19. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
|  |  |  | $ 50,467.35 | $ 16,972.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 357.55 |
| 5.4% | 537.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Patton Sr, Tyrone

Printed: 10/7/08

Case Number: 06 B 05206
Judge: Goldgar, A. Benjamin
Filed: 5/9/06

|  |  |
|---|---|
| 6.5% | 32.37 |
|  | _____ |
|  | $ 927.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

